# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SHANE WELLS**  PLAINTIFF

VS.  CASE NO. 4:21CV00804 JM/PSH

**KILOLO KIJAKAZI**, Acting Commissioner,
Social Security Administration  DEFENDANT

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 28th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE