IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHANE WELLS**                                                                               **PLAINTIFF**

**VS.**                    **CASE NO. 4:21CV00804 JM/PSH**

**KILOLO KIJAKAZI, Acting Commissioner,**
Social Security Administration                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 28th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE