IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHANE WELLS**                                                                                       **PLAINTIFF**

V.                                              **4:21CV00804 JM**

**KILOLO KIJAKAZI,**
**Acting Commissioner**
**of Social Security**                                                                                **DEFENDANT**

## ORDER

Plaintiff has filed a motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (ECF No. 17). Plaintiff seeks an EAJA award of $7,134.70 for attorney's fees.

Under the EAJA, a prevailing social security claimant is entitled to an award of reasonable attorney's fees and expenses unless the Commissioner's position in denying benefits was "substantially justified" or special circumstances make an award unjust. 28 U.S.C. § 2412(d)(1)(A). A claimant who wins a sentence-four remand order, such as the one entered in this case (ECF Nos. 15, 16), is a prevailing party entitled to EAJA fees. Shalala v. Schaefer, 509 U.S. 292, 302 (1993).

The Commissioner does not contest Plaintiff's entitlement to an award of attorney's fees and expenses under the EAJA, nor does she object to the hourly rate, and she asserts that the amount requested by Plaintiff's attorney is reasonable (ECF No. 19). Therefore, total fee request will be allowed.

Accordingly, it is hereby ORDERED

(1)   That Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 17) is GRANTED;

(2)   That Plaintiff's attorney is entitled to an attorney's fee in the amount of $7,134.70 all pursuant to the EAJA; and

(3)   That the Commissioner is directed to pay to Plaintiff the amount awarded pursuant to the EAJA.

IT IS SO ORDERED this 3rd day of May, 2022.

                                                         James M. Moody Jr.
                                                         United States District Judge